UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDIRAHMAN A. HASSAN<br>A079-824-033<br><br>   Plaintiff,<br>v.<br><br>Ruth A. Dorochoff, District Director of the USCIS, Department of Homeland Security; Michael Chertoff, Secretary, Department of Homeland Security; Peter D. Keisler, Acting Attorney General, U.S. Department of Justice<br>&<br><br>Robert S. Mueller, Director, Federal Bureau of Investigation<br><br>   Defendants | FILED: APRIL 17, 2008<br>08CV2211  TC<br>JUDGE DARRAH<br>MAGISTRATE JUDGE DENLOW<br><br>PETITION FOR WRIT OF MANDAMUS<br><br>No. |

### INTRODUCTION

Plaintiff, by his undersigned attorney, complaining of Defendants, allege as follows:

1. This is an action for declaratory and mandatory relief, authorized by 28 U.S.C. §1361, the mandamus statute; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §702, the Administrative Procedure Act, ("APA").

2. This action seeks to compel the Chicago USCIS District Office of the Department of Homeland Security ("DHS") to adjudicate Plaintiff, Abdirahman A. Hassan's Form N-400 Application for Naturalization which was filed on June 1, 2006 and has been pending now for over 22 months.

### JURISDICTION AND VENUE

3. This court has jurisdiction over the present action pursuant to 28 U.S.C. §1331, the mandamus statute; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701 *et seq.*, the Administrative Procedure Act, ("APA").

4. Venue is proper in this court, pursuant to 28 U.S.C. §1391(e) in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

### PARTIES

5. Plaintiff, Abdirahman Ahmed Hassan, is a citizen and national of Somalia. Plaintiff resides in Chicago, Cook County, Illinois within the jurisdiction of this Court.

6. Any named defendant is sued in his official capacity only.

7. Ruth A. Dorochoff, the Defendant herein, is the District Director of the United States Citizenship and Immigration Services (USCIS) and is sued herein in her official capacity. Defendant is responsible for the grant or denial of naturalization applications filed within the Chicago USCIS District Office. The Federal Bureau of Investigation ("FBI") is named as a party to this action because they conduct a name/security check for the DHS as part of the application process.

### FACTUAL ALLEGATIONS

8. Plaintiff was granted his permanent residency on July 24, 2001. *See* Exhibit 1.

9. On June 1, 2006, Plaintiff filed an Application for Naturalization with USCIS (LIN*000915090). *See* Exhibit 2.

10. Since Plaintiff did not hear anything from USCIS with regards to his naturalization application, he made a telephonic inquiry to the USCIS concerning the status of his application. He was told that USCIS could not proceed with the adjudication of his application due to the pending FBI background check.

11. In summer 2007 Plaintiff went to Infopass appointment to the USCIS with regards to the status of his naturalization application. The letter received in response to Infopass inquiry indicated that the Plaintiff's case was still being held pending background investigation. *See* Exhibit 3.

12. On April 17, 2008, Plaintiff made an online inquiry at the USCIS web-site regarding status of his naturalization application and was informed that the case is still pending. *See* Exhibit 4.

### LEGAL BASIS

13. Mandamus is proper if: (1) the Plaintiff can show a clear right to the relief sought; (2) the Defendants have a clear, non-discretionary duty to act; and (3) no other remedy is available. *Blaney v. United States, 34 F.3d 509, 513 (7th Cir. 1994)*.

14. Federal immigration law allows persons who have been residing in the United States as lawful permanent residents to become U.S. citizen through a naturalization process. A person seeking to naturalize has to submit an application for naturalization and meet certain statutory eligibility requirements including a sufficient period of physical presence and good moral character. *8 U.S.C. § 1427(a)*. Plaintiff maintains that he meets all statutory requirements for eligibility for citizenship.

15. Once application for naturalization is submitted, USCIS is required to conduct examination of application. *8 U.S.C. § 1446(a)&(b)*. To this end, USCIS officer schedules a naturalization interview during which USCIS officer shall determine whether to grant or deny the naturalization application. *8 U.S.C. § 1446(b)&(d)*. Up to date no such interview has been scheduled for the Plaintiff.

16. The adjudication of plaintiff's application for naturalization is a non-discretionary ministerial act that the USCIS has a duty to accomplish in a reasonably timely fashion. Plaintiff's application for naturalization has been pending for more than 22 months since the time of filing.

17. The FBI has a non-discretionary ministerial duty to complete the background check for plaintiff in a reasonably timely fashion.

18. In addition, the continuing failure of the defendants to adjudicate Plaintiff's application for citizenship violates the Administrative Procedures Act ("APA"), which requires federal agencies to conclude matters with reasonable promptness (It is the sense of Congress that the processing of an immigration benefit application should be completed not later that 180 days after the initial filing of the application...") *8 U.S.C. §1571, see 5 U.S.C. §555(b)*. Under the APA, 5 U.S.C. §706(1), this Court has the power to compel agency action unlawfully withheld or unreasonably delayed.

19. Currently, the Chicago USCIS District Office is processing N-400 applications for received as recently as June 30, 2007, more than a year after it received Plaintiff's application. Defendants have failed to properly adjudicate Plaintiff's application for citizenship in a timely manner. It is imperative that Plaintiff's application be adjudicated as soon as possible, because the delay by the DHS and FBI is unreasonable, and the Plaintiff is precluded from enjoying the rights and responsibilities of being a Citizen of the United States due to agency inaction. Furthermore, Plaintiff is married to a foreign born woman and has one minor child who are currently located in

Kenya. The delay in processing Plaintiff's naturalization case results in the delay of his wife and his child's eligibility for an immediate relative immigrant visa to join Plaintiff in the United States.

20. Plaintiff has no other adequate remedy for the agency failure to complete and adjudicate the application for citizenship.

21. Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a Citizen of the United States.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests that the Court issue a writ directing the defendants to do the following:

1. Order DHS to adjudicate plaintiff's application for naturalization;
2. Grant Plaintiff his reasonable attorney fees and costs of this action;
3. Grant such further relief as is just and equitable.

Respectfully submitted,

MARK S. DAVIDSON
Attorney for Plaintiff

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000



**PERMANENT RESIDENT CARD**

NAME HASSAN, ABDIRAHMAN A
A# 079-824-033
Birthdate    Category    Sex
09/01/8_                  M
Country of
Somalia
CARD                12/16/15
Resident Since 07/24/01

```
C1USA0798240333LIN0306651873<<
8209016M1512166SOM<<<<<<<<<<9
HASSAN<<ABDIRAHMAN<AHMED<<<<<<
```

EXHIBIT 1

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

| Receipt | | | NOTICE DATE<br>June 07, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 079 824 033 |
| APPLICATION NUMBER<br>LIN*000915090 | RECEIVED DATE<br>June 01, 2006 | PRIORITY DATE<br>June 01, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ABDIRAHMAN AHMED HASSAN
# B
3437 W LAWRENCE AVE
CHICAGO IL 60625

PAYMENT INFORMATION:

Single Application Fee:         $400.00
Total Amount Received:      $400.00
Total Balance Due:                  $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            September 01, 1982
Address Where You Live:   3437 W LAWRENCE AVE # B
                          CHICAGO IL 60625

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN$000861491        EXHIBIT 2



Form I-797C (Rev. 01/31/05) N

U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, Illinois 60604



U.S. Citizenship
and Immigration
Services

Dear Applicant:

Although we have completed the interview on your application we cannot make a decision on your case because the required security checks are incomplete. Once the background investigation is completed we will make and inform you of our decision as quickly as possible.

We understand that you may be frustrated by this news. However, in order to fulfill its mission to provide immigration benefits and services to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. Consequently, we have adopted enhanced security check procedures.

Given the significance of immigration benefits and the number of applications submitted, it is inevitable that some applications will require more attention than others. Some factors that may lead to delays are the volume of record checks, the number of records to be checked and the processing of common names. For the vast majority of applicants, USCIS is able to quickly determine whether there is any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before a decision can be made on the case. However, a match does not always lead to a denial of the application. USCIS does not share information regarding the specific nature of the match or the nature or status of any investigation with applicants or their representatives.

We remain committed to processing cases within a reasonable period of time. In some cases, however, unresolved security concerns will create delays. We ask for your patience in such cases, and in return we promise to continue to seek resolution as quickly as possible in each individual case.

Sincerely,

District Director

EXHIBIT 3

# Case Status Search

Receipt Number:   LIN*000915090

Application Type:   N400, APPLICATION FOR NATURALIZATION

Current Status:
Case received and pending.

On June 1, 2006, we received this N400 APPLICATION FOR NATURALIZATION, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

---

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

EXHIBIT 4