| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *B.Kc*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *B.Kc*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Ruth A. Dorochoff,<br>District Director of the USCIS<br>Department of Homeland Security<br>101 W. Congress Parkway<br>Chicago, IL 60605 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0004 0926 8379 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540