UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDIRAHMAN HASSAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2211 |
| | ) | |
| v. | ) | |
| | ) | Judge Darrah |
| RUTH DOROCHOFF, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

1.     This is an action for declaratory and mandatory relief, authorized by 28 U.S.C. § 1361, the mandamus statute; 28 U.S.C. § 2201, the Declaratory Judgment Act; and 5 U.S.C. § 702, the Administrative Procedure Act, ("APA").

**Answer:**     Admit.

2.     This action seeks to compel the Chicago USCIS District Office of the Department of Homeland Security ("DHS") to adjudicate Plaintiff, Abdirahaman A. Hassan's Form N-400 Application for Naturalization which was filed on June 1, 2006 and has been pending now for over 22 months.

**Answer:**     Admit that Plaintiff filed her N-400 on June 1, 2006, and that Plaintiff has a pending FBI name check and may not be eligible to naturalize.  The remaining allegations are denied.

3.     This court has jurisdiction over the present action pursuant to 28 U.S.C. § 1331, the mandamus statute; 28 U.S.C. § 2001, the Declaratory Judgment Act; and 5 U.S.C. § 701 et seq., the Administrative Procedure Act, ("APA").

**Answer:**     Deny.

4.      Venue is proper in this court, pursuant to 28 U.S.C. § 1391 (e) in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

**Answer:**      Admit.

5.      Plaintiff, Abdirahman Ahmed Hassan, is a citizen and national of Somalia.  Plaintiff resides in Chicago, Cook County, Illinois within the jurisdiction of this Court.

**Answer:**      Admit.

6.      Any named defendant is sued in his official capacity only.

**Answer:**      Admit.

7.      Ruth A. Dorochoff, the Defendant herein, is the District Director of the United States Citizenship and Immigration Services (USCIS) and is sued herein in her official capacity.  Defendant is responsible for the grant or denial of naturalization application filed within the Chicago USCIS District Office.  The Federal Bureau of Investigation ("FBI") is named as a party to this action because they conduct a name/security check for the DHS as part of the application process.

**Answer:**      Admit.

8.      Plaintiff was granted his permanent residency on July 24, 2001.  See Exhibit 1.

**Answer:**      Admit.

9.      On June 1, 2006, Plaintiff filed an Application for Naturalization with USCIS (LIN*000915090).  See Exhibit 2.

**Answer:**      Admit.

10.      Since Plaintiff did not hear anything from USCIS with regards to his naturalization application, he made a telephonic inquiry to the USCIS concerning the status of his application.  He

was told that USCIS could not proceed with the adjudication of his application due to the pending FBI background check.

**Answer:**     Deny.

11.     In summer 2007 Plaintiff went to Infopass appointment to the USCIS with regards tot he status of his naturalization application.  The letter received in response to Infopass inquiry indicated that the Plaintiff's case was still pending background investigation.  See Exhibit 3.

**Answer:**     Deny.

12.     On April 17, 2008, Plaintiff made an online inquiry at the USCIS web-site regarding status of his naturalization application and was informed that the case is still pending.  See Exhibit 4.

**Answer:**     Deny.

13.     Mandamus is proper if (1) the Plaintiff can show a clear right to the relief sought; (2) the Defendants have a clear, non-discretionary duty to act; and (3) no other remedy is available. Blaney v. United States, 34 F. 3d 509, 513 (7th Cir. 1994).

**Answer:**     Admit.

14.     Federal Immigration law allows persons who have been residing in the Untied States as lawful permanent residents to become U.S. citizen through a naturalization process.  A person seeking to naturalize has to submit an application for naturalization and meet certain statutory eligibility requirements including a sufficient period of physical presence and good moral character. 8 U.S.C. § 1427(a).  Plaintiff maintains that he meets all statutory requirements for eligibility for citizenship.

3

**Answer:**    Admit, however, Plaintiff has a pending FBI name check and may be ineligible for naturalization.

15.    Once application for naturalization is submitted, USCIS is required to conduct examination of application.  8 U.S.C. § 1446 (a) & (b).  To this end, USCIS officer schedules a naturalization interview during which USCIS officer shall determine whether to grant or deny the naturalization application.  8 U.S.C. § 1446 (b) & (d).  Up to date no such interview has been scheduled for the Plaintiff.

**Answer:**    Admit that no interview has been conducted.  Defendants further aver that Congress requires all necessary background checks, including the FBI name check, to be completed prior to CIS adjudicating any N-400 applications.

16.    The adjudication of plaintiff's application for naturalization is a non-discretionary ministerial act that the USCIS has a duty to accomplish in a reasonably timely fashion.  Plaintiff's application for naturalization has been pending for more than 22 months since the time of filing.

**Answer:**    Denied and further aver that Congress requires all necessary background checks, including the FBI name check, to be completed prior to CIS adjudicating any N-400 applications.

17.    The FBI has a non-discretionary ministerial duty to complete the background check for plaintiff in a reasonably timely fashion.

**Answer:**    Deny.

18.    In addition, the continuing failure of the defendants to adjudicate Plaintiff's application for citizenship violates the Administrative Procedure Act ("APA"), which requires federal agencies to conclude matters with reasonable promptness (it is the sense of Congress that the

processing of an immigration benefit application should be completed no later that 180 days after the initial filing of the application...") 8 U.S.C.§ 1571, see 5 U.S.C. § 555(b). Under the APA, 5 U.S.C. § 706(1), this Court has the power to compel agency action unlawfully withheld or unreasonably delayed.

   **Answer:**      Deny.

   19.    Currently, the Chicago USCIS District Office is processing N-400 applications for received as recently as June 30, 2007, more than a year after it received Plaintiff's application. Defendants have filed to properly adjudicate Plaintiff's application for citizenship in a timely manner. It is imperative that Plaintiff's application be adjudicated as soon as possible, because the delay by the DHS and FBI is unreasonable, and the Plaintiff is precluded from enjoying the rights and responsibilities of being a Citizen of the United States due to agency inaction. Furthermore, Plaintiff is married to a foreign born woman and has one minor child who are currently located in Kenya. The delay in processing Plaintiff's naturalization case results in the delay of his wife and his child's eligibility for an immediate relative immigrant visa to join Plaintiff in the United States.

   **Answer:**      Deny that CIS has failed to adjudicate. Defendants further aver that Plaintiff has a pending FBI name check that Congress requires to be completed. Any public information regarding processing times of N-400 applications pertains to routine cases within USCIS control.

   20.    Plaintiff has no other adequate remedy for the agency failure to complete and adjudicate the application for citizenship.

   **Answer:**      Deny.  Defendant further avers that Plaintiff's remedy is to wait until the pending FBI name check is completed.

21.    Plaintiff desires a judicial determination of his naturalization application and a declaration that the is entitled to be naturalized as a Citizen of the United States.

**Answer:**        Defendants deny that any applicant is entitled to U.S. citizenship. defendants further aver that Plaintiff has a pending FBI name check and may be ineligible for naturalization.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kurt N. Lindland
     KURT N. LINDLAND
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-4163
     kurt.lindland@usdoj.gov